CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 AUG 31  PM 12: 35

DEPUTY CLERK_____

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF TEXAS

**Eric Williams**
Pro Se Plaintiff, Candidate

**3 - 16 C V 25 16 - M**

**v.**
**Defendants.**
**KEITH INGRAM**, sued in his official capacities as the **Director of Elections** for the State of Texas Secretary of State, **COBY SHORTER III**, sued in his official capacities as the Deputy Secretary of State

# PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD BE ISSUED.

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65.1(a), Pro Se Plaintiff , Candidate Eric Williams hereby applies to this Court for a temporary restraining order ("TRO") with other equitable relief.

**In support of the motion, Plaintiff states as follows:**

1. Plaintiff brings this action to halt Defendants'.  Plaintiff is  seeking a

*l*

preliminary injunction prohibiting Defendants from enforcing the challenged

provisions of the Texas Election Code against Eric Williams.

2. Plaintiff also ask that the Court direct Defendants to include Eric

Williams's name as an independent candidate for U.S. Representative in the

30th Congressional District on the ballot in the November 8, 2016 general

election.

3. Considering the evidence presented in this case, the Court finds that,

whether the Court applies heightened scrutiny or a rational basis inquiry,

Plaintiff has shown a likelihood of success on the merits. See, e.g., Tripp I,

2014 WL 4457200, (finding some likelihood of success on challenge to

*TEX. ELEC. CODE §§ 162.004, 162.012, 162.014, 162.015 and* the

5% signature requirement coupled with the plaintiffs' asserted problems

with a urban, gerrymander district.

4. Plaintiff has demonstrated that he has no adequate remedy at law and will

suffer irreparable harm if preliminary relief is not granted.

To obtain a preliminary injunction, the movant must "establish that it will be

irreparably harmed if it does not receive preliminary relief, and that money

damages and/or an injunction ordered at final judgment would not rectify

that harm." Abbott Labs. V. Mead Johnson & Co, 971 F.2d 6, 16 (7th Cir.

1992). As stated in Roland Machinery: The absence of an adequate remedy at law is a precondition to any form of equitable relief. The requirement of irreparable harm is needed.

5. Here, the Plaintiff will have no adequate remedy at law if Eric Williams is not on the ballot. Moreover, he will be irreparably harmed. An otherwise qualified candidate suffers irreparable harm if he is wrongfully deprived of the opportunity to appear on an election ballot. Jones, 921 F. Supp. 2d at 901. Similarly, voters who would have voted for the candidate would also suffer irreparable harm. Jones, 921 F. Supp. 2d at 901; see also Citizens for a Better Env't v. City of Park Ridge, 567 F.2d 689, 691 (7th Cir. 1975) (noting that "even the temporary deprivation of First Amendment rights constitutes irreparable harm in the context of a suit for an injunction"). Therefore, Plaintiff has shown he has no adequate remedy at law and would suffer irreparable harm if preliminary relief is not granted.

6. The Court finds that the balance of harms strongly favors Plaintiff. As a remedy, the Court enjoins Defendants from enforcing *TEX. ELEC. CODE §§ 162.004, 162.012, 162.014, 162.015 and* the 5% signature requirement against Williams.

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs' Motion for Preliminary Relief

*3*

**GRANTED**.

(2) Defendants are ENJOINED from enforcing the Texas Election Code's and signature requirement against Eric Williams, independent candidate for U.S. Representative in the 30th Congressional District in light of the fact that he has obtained 960signatures and shown a modicum of support. Consequently, because it appears Williams otherwise qualifies to be on the ballot, this ruling requires that Williams name to be printed on the November 8, 2016 general election ballot.

ENTER:

FOR THE COURT:

UNITED STATES DISTRICT JUDGE

NORTHERN DISTRICT OF TEXAS

*(A)*

AW2-6
Prescribed by Secretary of State
Sections 141.031, 142.004 Chapter 204, Texas Election Code
3/07

**All information is required to be provided unless indicated as optional.** *(Se requiere toda la información, a menos que haya alguna indicación que no es obligatoria.)*

## INDEPENDENT CANDIDATE'S APPLICATION FOR A PLACE ON THE GENERAL ELECTION BALLOT
*(SOLICITUD DE UN CANDIDATO INDEPENDIENTE PARA QUE SU NOMBRE APAREZCA EN LA BOLETA DE LA ELECCION GENERAL)*

TO: Secretary of State/County Judge
*(A: Secretario(a) del Estado/Juez del Condado)*

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.
*(Solicito que mi nombre esté puesto en la arriba nombrada boleta como candidato para puesto oficial indicado abajo.)*

| OFFICE SOUGHT *(PUESTO OFICIAL SOLICITADO)*<br>Include any place number or other distinguishing number, if any.<br>*(Incluya cualquier número de lugar u otro número que haga a otros diferente a otros, si hay alguno)*<br><br>US House District 30 Dallas TX | INDICATE FULL OR UNEXPIRED TERM<br>*(INDIQUE SI EL TERMINO DEL PUESTO OFICIAL ES TERMINO COMPLETO O NO COMPLETADO)*<br><br>Full |
|---|---|

| FULL NAME (First, Middle, Last)<br>*(NOMBRE de Pila, Segundo Nombre, Apellido)*<br><br>Eric LeMonte Williams | PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT<br>*(ESCRIBA SU NOMBRE COMO DESEA QUE APAREZCA EN LA BALETA)*<br><br>Eric Williams |
|---|---|

| PERMANENT RESIDENCE ADDRESS (Street address and apartment number. If none, describe location of residence. Do not include P.O. Box or Rural Rt.) *(DIRECCION DE RESIDENCIA PERMANENTE: Calle y Número de Departamento: si no tiene, describa la localidad de su residencia. No incluya su caja postal o ruta rural.)*<br><br>7315 Wilcox Dr. | MAILING ADDRESS (If different from residence address) *(DIRECCION POSTAL ( Si es diferente a su dirección de residencia)*<br><br>7315 Wilcox Dr<br><br>Dallas, TX 75232 |
|---|---|

| CITY *(CIUDAD)*<br>Dallas | STATE *(ESTADO)*<br>TX | ZIP *(ZONA POSTAL)*<br>75232 | CITY *(CIUDAD)*<br>Dallas | STATE *(ESTADO)*<br>Texas | ZIP *(ZONA POSTAL)*<br>75232 |
|---|---|---|---|---|---|

| OCCUPATION (Do not leave blank)<br>*(EMPLEO) (No lo deje en blanco)*<br><br>Journalist, Filmmaker, Educator | DATE OF BIRTH<br>*(FECHA DE NACIMIENTO)*<br><br>6-25-67 | COUNTY OF RESIDENCE<br>*(CONDADO DE RESIDENCIA)*<br><br>Dallas |
|---|---|---|

| TELEPHONE NUMBER (Include area code) (Optional)<br>*(NUMERO DE TELEFONO–Incluya el codigo de la area) (Facultativo)*<br><br>OFFICE:<br>*(DE SU OFICINA:)*   214-730-9050<br><br>HOME:<br>*(DE SU DOMICILIO:)* | Length of Continuous Residence as of Date Application Sworn<br>*(Tiempo en que ha Residido en un Solo Lugar a la Fecha en que Prestó Juramento Sobre la Solicitud)* |
|---|---|

| | IN STATE *(EN EL ESTADO)* | IN COUNTY *(EN EL CONDADO)* | IN DISTRICT OR PRECINCT *(EN EL DISTRITO O PRECINTO)* |
|---|---|---|---|
| | 13 yr(s) 6 mos *(año(s) mes(es))* | 12 yr(s) mos *(año(s) mes(es))* | 12 yr(s) mos *(año(s) mes(es))* |

If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election. *Para poder incluir un apodo como parte de su nombre completo el la papeleta, Ud.debera firmar la siguiente constancia: Ademas, juro que se me ha conocido por este apodo por mas de tres años. Ademas, juro que el apodo no es un lema político ni una indicación de mis creencias o afiliaciones politicas, economicas, sociales, o religiosas.*

Before me, the undersigned authority, on this day personally appeared (name) Eric Williams, who being by me here and now duly sworn, upon oath says: "I, (name) Eric Williams of Dallas County, Texas, being a candidate for the office of US House of Representative swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the Constitution and laws of this state. I have not been finally convicted of a felony for which I have not been pardoned or had my full rights of citizenship restored by other official action. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code.

I further swear that the foregoing statements included in my application are in all things true and correct."

*(Ante mi, la autoridad, suscrita apareció en persona _____ quien habiendo aquí y ahora prestado juramento debido, bajo juramento dice: "Yo, (nombre) Eric Williams, del condado de _____, Texas, siendo candidato para el puesto oficial de _____ solemnemente juro que apoyaré y defenderé la Constitución y las leyes de los Estados Unidos y del Estado de Texas. Soy ciudadano de los Estados Unidos elegible para ocupar tal puesto oficial bajo la Constitución y las leyes de este Estado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar, ni he sido probado culpable finalmente de una felonía por la cual no he sido perdonado o por la cual no se me han restituido enteramente mis derechos de ciudadanía por medio de otra acción oficial. Yo tengo conocimiento de la ley sobre el nepotismo según el capítulo 573 del Código Gobierno.*

*Además juro que las precedents declaraciones que incluyo en mi solicitud son verdaderas y están correctas en todos sentidos.")*

X Eric L. Willi___
SIGNATURE OF CANDIDATE *(FIRMA DEL CANDIDATO)*

Sworn to and subscribed before me at Dallas, this the 22nd day of June 2016
*(Jurado y suscrito ante mi en _____ , este día _____ de _____)*

SEAL
*(SELLO)*

_____
Signature of Officer administering oath[1]
*(Firma del oficial administrando el juramento)*

State of Texas Notary
Title of Officer administering oath
*(título del oficial administrando el juramento)*

TO BE COMPLETED BY SECRETARY OF STATE OR COUNTY JUDGE

(See Section 1.007)

6/23/16
Date Received

_____
Signature of Receiving Officer

*watermark:* SECRETARY OF STATE ... IONS DIVISION   16 JUN 23 PM 1:35

**INSTRUCTIONS AND FOOTNOTE ON BACK**
*(VEA LAS INSTRUCCIONES Y LAS NOTAS DE PIE AL LADO REVERSO)*

(B)

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

Carlos H. Cascos
Secretary of State

December 14, 2015

Mr. Eric Williams
7315 Wilcox Drive
Dallas, Texas 75232

Dear Mr. Williams:

We have received your Declaration of Intent as an Independent Candidate for the office of United States Representative, 30th District.

After the primary elections, you will need to collect at least 500 signatures from registered voters, who support your application for a place on the general election ballot. Tex. Elec. Code Ann. § 142.007 and § 142.009. The signers must be registered voters who have not participated in the general primary election or the runoff primary election of a party that has nominated, at either election, a candidate for the office you seek. Tex. Elec. Code Ann. § 142.009. You will then need to file the application, along with petition, by 5:00 p.m. on June 23, 2016, with the Secretary of State. Tex. Elec. Code Ann. §§ 142.005, 142.006.

If you have any further questions, please feel free to contact our office toll-free at 1-800-252-2216.

Sincerely,

Keith Ingram
Director of Elections

KI:LO:mjb




# The State of Texas



lections Division
O, Box 12060
ustin, Texas 78711-2060
www.sos.texas.gov
www.votetexas.gov

Dia

## Carlos H. Cascos
## Secretary of State

July 1, 2016

Mr. Eric Williams
7315 Wilcox Drive
Dallas, Texas 75232

Dear Mr. Williams:

We timely received your Independent Candidate's Application for a Pla
Election Ballot of November 8, 2016 for the office of U.S. House of Represen
We also timely received the petitions in support of your application, as requ
Code Ann. § 142.004(b). However, the number of valid signatures on all you
less than the required minimum number of 500. See Tex. Elec. Code Ann. § 1

Accordingly, because your petition does not comply with the require
142.007(2), we must reject your application and petition under Tex. El
141.032(a), (c) & (e). In addition, our records indicate that you voted in the D
runoff and you are thus ineligible to run as an independent pursuant to Te
162.015 (a)(1). Finally, you did not adequately name the office being sought o
required by Texas Election Code 142.008. Specifically you did not include th
For these reasons, your name will not appear on the November 8, 2016 General
an independent candidate for the office of U.S. House of Representatives. Distr



If you have any further questions, please feel free to contact our office toll-f[...] VOTE(8683) or visit the website www.sos.state.tx.us/elections/index.shtml.

Sincerely,

Keith Ingram
Director of Elections

KI:LO

# The State of Texas

(D)



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.texas.gov
www.votetexas.gov

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

### Carlos H. Cascos
### Secretary of State

August 25, 2016

Mr. Eric Williams
7315 Wilcox Drive
Dallas, Texas 75232

Dear Mr. Williams,

Thank you for contacting our office regarding your concerns about the May 9, 2015 election in the City of Dallas.

Our office received notice that an election contest was filed in regards to this election, which was the appropriate action for the concerns stated in your complaint.  TEX. ELEC. CODE § 221.003 (2015).

Further, none of the facts that you have presented to us in your complaint appear to involve criminal matters.  Therefore, our office is not referring this matter to the Texas Attorney General for investigation.  If you have additional information that was not included in your complaint that demonstrates that criminal conduct may have occurred, please send it to us for further review.

Please do not hesitate to contact us in the future if you have any other election concerns.

Sincerely,

Keith Ingram
Director of Elections

KI:AF





# DALLAS COUNTY

## SUSAN HAWK
## DISTRICT ATTORNEY
## CIVIL DIVISION

May 19, 2015

☐ **Facsimile ( ) ___-____**
☐ **U.S. Postal Service Mail**
☑ **CMRRR** 7013 3020 0000 8734 5801

Honorable Ken Paxton
Office of the Attorney General
Open Records Division
P.O. Box 12548
Austin, Texas 78711

Re:    Open records requests received by Dallas County Elections Department from Eric Williams, Subrina Brenham, and Sandra Crenshaw regarding Dallas County Election Records.

Dear Sir:

On behalf of Dallas County and the Dallas County Elections Department, I make this request of your office pursuant to the Texas Public Information Act ("PIA"). The Dallas County District Attorney's Office, Civil Division, represents Dallas County and the Dallas County Elections Department. The Dallas County Elections Department received a three separate PIA requests requesting the same documents on May 11, 2015. These PIA requests were filled out in person. Dallas County and the Dallas County Elections Department assert that they are making a timely request for a decision to your office.

List of Exhibits:

1.    Exhibit A- Eric Williams, Subrina Brenham, and Sandra Crenshaw PIA requests.
2.    Exhibit B-Memorandum from Texas Secretary of State.
3.    Exhibit C-Representative Sample of Voter Roster.
4.    Exhibit D-Representative sample of blank Application for Ballot by Mail ("ABBM").
5.    Exhibit E- Representative sample of Carrier Envelope to return Mail Ballot ("Jacket")
6.    Exhibit F-Representative sample of Federal Postcard Mail Ballot Applications and carrier envelopes from Districts 3,4,7, and 8.

---

Administration Building   411 Elm Street, 5ᵗʰ Floor   Dallas, Texas 75202   (214) 653-7358   Fax: (214) 653-6134



**ON THE FRONT PAGE**

## Jail dashes dairy dreams

**A North Texas** yogurt maker who escaped Colombian guerrillas to produce award-winning dairy snacks receives five years in prison for arson.

**Monday, January 26, 2015**





## e with vote

the same rights as everybody else."

And they could say: "We're not dumb enough to fall for a tub o' lies about how our freedom is imperiled and our religion is under attack. We are way too smart for that." It would be

See **PLANO** Page 6B

---

**SATURDAY**
Hot Topic

**SUNDAY**
Neighborhoods



Photos by Jim Tuttle/Staff Photographer

hich straddles the Kaufman

---

**ELECTIONS '15**

# Dozens lining up for council

Many Dallasites eager to fill seats left empty by term limits

**By ELIZABETH FINDELL**
Staff Writer
efindell@dallasnews.com

A Baptist pastor. A juice guru. A blues player. A documentary filmmaker. Two judges. Two NAACP presidents.

These are some of the likely candidates for the Dallas City Council, which will lose at least six incumbents in the May 9 election because of term limits.

Vonciel Jones Hill, Dwaine Caraway, Carolyn Davis, Tennell Atkins, Sheffie Kadane and Jerry Allen are ending their fourth, and final, consecutive two-year terms. In addition, at least two other incumbents, Adam Medrano and Rick Callahan, appear likely to face challenges.

Wednesday is the first day to file for a place on the ballot. The filing period continues until Feb. 27. But already, 30 people have formally appointed campaign treasurers, a preliminary step that often indicates that a campaign announcement is imminent.

The list will probably change as some choose not to run and others jump in at the last minute. But here's what we know so far:

See **DOZENS** Page 7B

# DISD, mayor races in mix

the English versions of the test. The combined English and Spanish scores, which are not used by the state for compari-s-

some increases in passing rates in DISD's ...

Statewide, ... fewer students take the tests in Span-

ter at @jeffreyweissdmn, Mat-thew Haag at @matthewhaag and Holly K. Hacker at @hollyhacker.

# death

...s sought the death penalty or life without parole because of her age.

## State custody

The girl will begin her sentence in state custody with the Texas Juvenile Justice Department. Before she turns 19, Shannon or another juvenile court judge should decide whether she should be released or have to serve the remainder of her sentence in adult prison. In a juvenile lockup, she will have more options than if she had been tried as adult, including school and counseling.

Prosecutors left the courtroom, which was cleared immediately after the sentencing, without commenting.

Ashford said the girl's mother took the sentence "very hard." She was not allowed to speak to her daughter after the hearing and will have to visit her another time.

jemily@dallasnews.com;
djennings@dallasnews.com

---

# City seeks speedy trial in lawsuit

### Voting fraud denied, but solution sought before June 13 runoff

By ROBERT WILONSKY
Staff Writer
rwilonsky@dallasnews.com

A week after two losing City Council candidates filed a lawsuit alleging voting fraud, Dallas city attorneys have asked for an expedited trial.

Subrina Brenham received 187 votes and Eric Williams got 117 in their bids to succeed Tennell Atkins in District 8 in southern Dallas. Two other candidates, Dianne Gibson (757 votes) and Erik Wilson (618) are in a runoff scheduled for June 13. Atkins could not seek re-election because of term limits.

Brenham and Williams claimed in their suit that some voting machines used in the May 9 general election were rigged and that "illegal votes" were counted for Gibson and Wilson.

The city's legal answer, filed Friday, said the city "takes no position on who should be on the ballot for the runoff election or who should ultimately win the election for District 8. That is a decision for the voters of District 8."

It said, however, that the dispute should be resolved quickly so as not to delay the District 8 runoff. It estimated the cost of such a delay at $150,000 to $200,000.

It denied "that any city employee or officer prevented eligible voters from voting, engaged in fraud, illegal conduct or made a mistake in connection with the May 9th election."

---



...TOR. ONE DAY. ONE BEAUTIFUL NEW SMILE.



...nter, located in the heart of Dallas, offers a unique 1-Day Dental Implant procedure. There's no need ...ore! Being a specialized Prosthodontist, Dr. Almasri can give you a beautiful and functional smile in ...e® procedure means you have new, beautiful teeth in one visit.

...y Choose Us?
...e Guarantee
...Single Tooth or Full Mouth Dental Implant Treatment
...lized Care
...se Lab
...of-the-art Technology

...2-638-8383

• Dallas, TX 75219

DR. RIAD ALMASRI, DDS
PROSTHODONTIST

(H)

# Election Conspiracy Talk On the Way Out

WEDNESDAY, AUGUST 17, 2016 AT 4 A.M.

BY STEPHEN YOUNG

Pete Sessions at a 2009 banquet in Richardson.

When Mark Montgomery beat incumbent Wade Emmert to become the chair of the Dallas County Republican Party, it was widely viewed as a fluke. Montgomery's short stint at the head of the local party drove the point home. The unknown Tea Partier proved unable to raise money and resigned earlier this month, leaving the Dallas GOP with just $180 in its bank account.

Over the weekend, ahead of a Monday night vote to name his replacement, Montgomery settled on a scorched earth policy during his retreat. He claimed that one of its most prominent members Dallas U.S. Representative Pete Sessions, had stymied Montgomery's fundraising efforts and was tacitly colluding with Dallas Democratic U.S. Representative Eddie Bernice Johnson. Montgomery wrote in an email blast to supporters:



Of course it is well-known that Congressman Sessions has a verbal agreement with Congresswoman Eddie Bernice Johnson (D-CD30) that the Republican Party will not run a viable candidate in South Dallas as long as the Democrat Party doesn't run a viable candidate in North Dallas, particularly in his district. In other words, the Democrats can run South Dallas and the Republicans will run North Dallas. If you have doubts, then why have Republican candidates been discouraged from entering races in South Dallas, and been unsupported by the Party when they ran anyway?

---

**RELATED STORIES**
- **Dear God, Pete Sessions Is Considering Running for Speaker of the House**
- **Congressman Pete Sessions Quizzed on 9/11 "Conspiracy" by High School Student. Gets a D.**
- **Deep Ellum Doesn't Dig D2**

---

Montgomery claimed that, during an initial meeting with Sessions, the representative pounded his fists on the table, making threats about what would happen were Montgomery to support candidates in southern Dallas.



Mark
Montgomery
*Mark
Montgomery*

Tuesday afternoon, Sessions' office described the meeting with Montgomery as cordial, without any banging on the table. "The idea that Congressman Sessions brokered a deal to help Democrats is completely ludicrous and wholly untrue," a Sessions spokesperson (who asked to remain anonymous) told the *Observer*. "Much to the contrary, Congressman Sessions has a long and successful history of helping Republican candidates and working to defeat Democrats at the local and federal level."

Phillip Huffines, the twin brother of state Senator Don Huffines, was elected to takeover for Montgomery. Despite rumors that his brother will face a primary challenge during the 2018 election cycle, Huffines promised to remain neutral in all GOP primary battles.

"The enemy is not in this room," he told the Dallas County GOP precinct chairs who would eventually elect him Monday night, according to *The Dallas Morning News*. "The enemy is at the door, and they are kicking it in. The enemy is the Democrats."

* Contact: **Stephen Young**

    * Follow:

* **Dallas Observer** Memorandum

CITY OF DALLAS

(Report No. A16-008)

DATE: March 18, 2016

TO: Honorable Mayor and Members of the City Council

SUBJECT: Audit of the Department of Housing/Community Services'

Contract Monitoring1

The Department of Housing/Community

Services (HOU) does not have formal

(written, approved, and dated) policies

and procedures for the: (1) solicitation,

evaluation, selection of developers, and

underwriting of new single-family and

multi-family affordable housing

development projects (Projects); and,

(2) monitoring of the loan agreements

(financial assistance contracts). As a

result, HOU cannot ensure effective

internal controls are in place and that

HOU personnel are performing their

duties consistently.

In addition, documentation of HOU's monitoring practices for 54 Projects

from Fiscal

Year (FY) 2012 through FY 2014, totaling $29.9 million, is either absent,

limited,

inconsistent, or incomplete. Although HOU relies on experienced

personnel to monitor

these contracts, without proper monitoring documentation, the City

cannot ensure: (1)

Projects were appropriately and consistently monitored; (2) developers

complied with

1

- This audit was conducted under the authority of the City Charter, Chapter IX, Section 3 and in accordance with the Fiscal Year
- 2014 Audit Plan approved by the City Council. The audit objective was to evaluate whether the monitoring processes used for
- selected contracted programs are adequate to ensure compliance with contract terms and conditions. This objective was further
- defined to include the controls over the developer selection process. The audit scope included HOU's monitoring processes for
- financial assistance contracts with developers of new single-family and multi-family affordable housing development projects
- completed between October 1, 2012 and September 30, 2014. This audit was conducted in accordance with generally accepted
- government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate
- evidence to provide a reasonable basis for our findings and conclusions based upon our audit objective. We believe that the
- evidence obtained provides a reasonable basis for our findings and conclusion based on our audit objective. To achieve the audit
- objective, we interviewed HOU personnel; reviewed policies and procedures; the Code of Federal Regulations Title 24, Housing
- and Urban Development; Administrative Directive 4-09, Internal Control (AD 4-09); researched best practices for writing policies
- and procedures and common industry best practices for housing development contract monitoring; tested a judgmental sample
- of development projects; and, performed various analyses.

# The Dallas Morning News

ePaper  Subscribe  Sign In

Home | News | Business | Sports | Entertainment | Arts & Life | Opinion | Obits | Marketplace | DMNstore

Communities | Crime | Education | Investigations | State | Nation/World | Politics | Videos

News > City Hall Blog

## City Hall Blog

# Dallas County approves 'Band-Aid' to provide 2 months of water for Sandbranch community

 Naomi Martin

Published: February 16, 2016 11:01 am

Facebook | Twitter | Email | Comments | Print



Sandbranch resident Elijah Bryant, 8, helped Pastor Eugene Keahey deliver cases of water from Mount Zion Baptist Church to a home this month. (Rose Baca/Staff Photographer)

Dallas County commissioners on Tuesday approved a short-term measure to provide two months of water to Sandbranch, an impoverished community west of Seagoville that has long lacked running water and sewers.

The county is also examining the water quality there. Some commissioners suggested that unsafe conditions could eventually lead to the residents being forced to move. County Judge Clay Jenkins, however, insisted he wasn't considering that option.

**Related**

Sandbranch residents hang on despite lack of basic services

Photo gallery: the 'lost community' of Sandbranch

## Archives

Select Month

## About this Blog

Our City Hall reporters and other *Dallas Morning News* writers and editors provide in-depth features, breaking news and offbeat tidbits through lively coverage of Dallas government. Readers are encouraged to join the conversation.

## Video

## Politics Stories

 **Trump's pivot on immigration is too late to close ground with Hispanic, Asian voters**

 **When Donald Trump speaks on immigration tonight, here's what to watch for**

 **Trump to meet with Mexico's president ahead of immigration speech**

Select Category

## Mobile

Get dallasnews.com on your mobile device

## Newsletters

Subscribe to a variety of newsletters

As a stop-gap, the county will pay $7,812 to provide continuous refills of 5-gallon water tanks for 50 households. That's in partnership with the North Texas Conference of the United Methodist Church, which is providing the initial tanks and units.



But the commissioners agreed that they need a long-term solution for the 100 residents who live in Sandbranch and intend to stay despite the county's preference they move out.

It's a problem that officials have been trying to solve for three decades.

Laurie Joseph/Staff Artist



Laurie Joseph/Staff Artist

State and federal officials are now testing the quality of water that fills residents' septic tanks. There is fear that infection and illness could break out. If health agencies deem the situation too dangerous, the county's legal team is looking at whether officials can kick out the homeowners.

"It's time for them to move," said Commissioner Mike Cantrell. "Your temporary Band-Aid for 60 days isn't going to do it."

Cantrell said if it's such an emergency the county needs to provide the residents water, then it's urgent that the residents be moved out.

The current residents don't want to leave. They have held out through years of the government's efforts to move them as well as repeated — and unfulfilled – promises to provide them with water.

According to previously published reports, county officials decided relocation was the most feasible option and starting in 2004 offered cash to residents who moved. That was after studies showed it would cost $2 million to build a water line and another $7 million to construct a levee for the flood-prone land.

On Tuesday, Jenkins told the commissioners that he recently visited about 35 residents there and wanted to help them attain a more humane living situation. He said he wasn't aware of the county previously paying to provide water to Sandbranch.

"We're going to try to come up with a solution. ... It may be that we can't," Jenkins said. "We all agree that in the 21st century, people shouldn't live in Dallas without water."

Commissioner John Wiley Price argued that Jenkins' water cooler plan and assessment of the issue was "no different" from what the county and charities have done for the past 15 years. He urged the county to move the residents out of the area.

"We've already done all this," Price said.

He said that in the past, officials found a large disease outbreak and moved pigs out of the area.

Now, he said, county officials "have the authority" and could "make a declaration under the health and safety code that it's not safe to live there and then we're going to force them."

After the meeting, Jenkins said in an interview that county, state and federal officials — including U.S. Rep. Eddie Bernice Johnson, D–Dallas, and the U.S. Department of Agriculture — are considering how to fix any unsafe conditions.

"All options are on the table, except for we're not contemplating trying to forcibly remove anyone from their property," Jenkins. "... We do want to look at innovative ways to offer people a better standard of living, perhaps somewhere else."

The county commissioners plan to hear about Sandbranch water quality issues at a meeting on March 22.

## Sponsored Content

Recommended by Outbrain









**How I Finally Understood My 401 (k)... in 10 minutes**
Mint.com

**6 Techniques for Keeping Your Credit Identity Safe**
Bankrate

**American Residents Born Between 1936 and**
LiveSmarterDaily

**The App Advantage: Why Your Business**
Shopgate

### More Promoted Stories

Uncovered Travel Secrets: How Save Hundreds of Dollars on Vacation Resorts The Barefoot Nomad

Top Minnesota Waterpark Vacations Resorts and Lodges

Respect Your Brain, It's a Heck of a Computer AllAnalytics

### Editor Picks









Defining consent

Taco Tuesday



**How to create a college football playbook that gets sexual consent right**

Keeping Up With The Gaineses

**HGTV Fixer Upper stars Chip and Joanna Gaines meet up with fans at Nebraska Furniture Mart**

Better than a Pikachu

**Dallas Zoo hit million visitor mark at Pokemon Go event**

**Next stop for popular D-FW gas station Fuel City? Tarrant County**

**U.S. Consumer Spending Rises For Fourth Straight Month**
SAN FRANCISCO, CA - AUGUST 29: A pedestrian carries a shopping bag on...



## Comments

To post a comment, log into your chosen social network and add your comment below. Your comments are subject to our Terms of Service and the privacy policy and terms of service of your social network. If you do not want to comment with a social network, please use the "Give Feedback" button.

Powered By

Site Map | About Us | Careers | Advertise | Subscribe | Contact Us | Privacy Policy | Terms of Service | My Account | FAQ

©2016, The Dallas Morning News Inc. All Rights Reserved.

(K)



Honesty, Integrity, Accountability and Transparency

*Elect Chief* (retired DA)

# MAE

★ ★ ★ JACKSON ★ ★ ★

FOR CONSTABLE

Dallas County Precinct 1

## RUN-OFF ELECTION

EARLY VOTING: MAY 16-20
ELECTION DAY: MAY 24, 2016

- 35 Years of law enforcement and team management experience
- First Black Female promoted to the position of Chief Investigator in th state of Texas for Dallas County DA's Office
- Former Deputy Sheriff
- Former Police Officer
- Licensed Master Peace Officer
- Certified Special Investigator
- Certified Instructor
- A Leader Accountable to the Community

"An informed Community is an empowered Community"

Chief Jackson will make keeping the community informed and engaged her priority.

visit our website at **maejackson2016.com** 🅕 🅣 🅘

Direct Access Line: (469) 716-0303

Political Ad Paid By Mae Jackson Campaign Fund, Paul Ingram Treasurer P.O. Box 185 Lancaster, Texas 75146

METRO

## ELECTIONS '15 | DALLAS CITY COUNCIL

# 2 candidates allege vote was rigged

**They challenge results in southern district race to replace Atkins**

By ELIZABETH FINDELL
Staff Writer
efindell@dallasnews.com

Two losing candidates in the Dallas City Council race for far-southern District 8 are challenging the election, saying the results were rigged.

Sabrina Brenham and Eric Williams filed the election challenge in Dallas County district court late last week against the two candidates who made the runoff. The elections office and the Dallas County elections office are also named.

The challenge asks for access to election records, expedited hearings on the claims and a new election.

Six candidates faced off May 9 in a bid to replace Mayor Pro Tem Tennell Atkins, who is barred from running again because of term limits. Teacher Erik Wilson and community courts manager Diane Gibson emerged as top vote-getters with 26 and 32 percent, respectively, and are headed for a June 13 runoff.

Brenham won 8 percent and Williams won 6 percent of the May vote. They didn't take the loss lightly.

"I'm just supposed to sit back and believe that I got 60 er.

votes [in early voting] and that's it?" Williams said. I'm not that guy."

The legal action doesn't provide details about why they believe the votes were illegal, but lists one voting-place name where they believe their names did not appear on the ballot. Williams said that one voter told him he couldn't see only Wilson and the two layoral candidates on the machine.

He said he "absolutely believes voting machines may have been rigged. He said other losing candidates also had tales of voting irregularities and could join the lawsuit lab-

Williams and Brenham are representing themselves in the legal effort. Williams said they had met with several attorneys, but all of them were "connected to the system."

According to a letter included in the court documents, Williams complained to Dallas County Elections Administrator Toni Pippins-Poole about potential voter fraud a week before early voting began, but did not give specific information.

Wilson and Gibson could not be reached for comment Monday evening.

Follow Elizabeth Findell on Twitter at @efindell.

## Workers' comp claim on hold for now

Continued from Page 1B

kill their lawsuit against the company, which owns Texas Health Presbyterian Hospital Dallas.

Because of the way workers' compensation claims are structured in Texas, Pham's lawsuit would effectively be quashed if Texas Health Resources is determined to be a co-employer, she said.

the flies that did not receive them.

An attorney for Texas Health Resources said the files had no relevance to the case.

But after flipping through a few pages, the judge said some of the information was "really very relevant" and left the bench to discuss the files further with attorneys on

NINA PHAM

hearings in the interim.

"We believed these documents existed all along. We've had to fight and claw and do everything within our power to uncover these documents so the truth can come out," she said.

Pham, who recovered from Ebola but has ongoing health problems from the disease and experimental drugs.

documents.

Lawyers for Texas Health Resources, did not comment after the hearing.

Pham was out of town Monday, but her lawyer,

## HEAD SHOPS

# Judge allows house arrest

**Gas Pipe owners face synthetic-pot charges, called no flight risk**

By KEVIN KRAUSE
Staff Writer
kkrause@dallasnews.com

A father and daughter charged with using their chain of Gas Pipe head shops to operate an illegal synthetic marijuana distribution ring were ordered released from federal custody Monday.

U.S. Magistrate David Horan said the government failed to prove the Gas Pipe's owner, Gerald "Jerry" Shults, 68, and his daughter, Amy Lynn Herrig, 39, were flight risks or dangers to the community.

Horan ordered that they be placed under house arrest and submit to satellite tracking.

Assistant U.S. Attorney Brian Poe had filed a motion to uncover these documents custody, arguing that they have properties and bank accounts in foreign countries, as well as access to private planes.

But defense attorneys George Milner and David

for the government during Monday's detention hearing that the Gas Pipe had a $5 million in sales in the three-month period early last year.

The Gas Pipe sold "spice," the street name for a "smokable organic plant substance" that's combined with a synthetic cannabinoid, the indictment said. The Gas Pipe marketed and sold the products in Texas and New Mexico as "herbal incense," "potpourri" or "aroma therapy products."

The DEA says synthetic cannabinoids are unsafe, lab-created chemicals that can cause high blood pressure, seizures, hallucinations, violence, an inability to breathe and psychotic episodes.

Both defendants face up to 365 years in prison if convicted on all 17 counts. An additional 26 people, including Gas Pipe managers, have been charged.

Poe said Shults and Herrig are not only drug dealers but also are drug users who provided marijuana to their employees. They also have allowed their employees to test products in their stores, he

METRO

dallasnews.com

The Dallas Morning News

## ELECTIONS '15 | DALLAS CITY COUNCIL

# State judge tosses election challenge

By ELIZABETH FINDELL
Staff Writer
efindell@dallasnews.com

A judge threw out an election challenge Thursday that claimed voting machines were rigged in the May 9 Dallas City Council election.

The ruling clears the way for a June 13 runoff between Erik Wilson and Dianne Gibson in District 8 in southern Dallas. Early voting begins Monday for that and other runoffs.

State District Judge Jill Willis, in denying the challenge, ruled that there was no evidence votes had been cast or counted improperly in District 8.

Willis issued her order after hearing from witnesses who mostly spoke about one man who claimed his voting machine did not show all the candidates.

The challenge was filed by Subrina Brenham and Eric Williams, two of the losing candidates in the May 9 general election.

Six people sought the District 8 seat being vacated by Tennell Atkins, who could not seek re-election because of term limits. Gibson and Wilson finished first and second, with 32 percent and 26 percent of the vote, respectively. They are in a runoff because neither got a majority of the votes cast.

Brenham and Williams were never close to making the runoff. Brenham got about 8 percent, Wil-

liams about 6 percent. Nonetheless, they sued Gibson and Williams, represented themselves before Willis. Williams said he didn't trust lawyers because "they're all connected to the system."

The voter, Jerry Brown, testified that he complained about his ballot to an election judge at his polling place, but said the judge overrode the election judge's name. He acknowledged that he didn't complain to the Dallas County Elections Department until almost two weeks after he voted.

Other witnesses testified that they knew of no one else who claimed to have experienced voting

problems in the district.

The two challengers, Brenham and Williams, said the one voter told Williams he had seen only three names in his electronic ballot — the two mayoral candidates and Wilson.

In a related development, elections officials on Thursday began a recount in District 7 in southern Dallas. Scheduled to square off in a June 13 runoff are Tiffinni Young, who got 41 percent, and Kevin Felder, who got 14 percent.

The recount was sought and paid for by losing candidate Juanita Wallace, who got 7 percent. It concluded Thursday evening and found a difference of three votes that did not affect the race outcome.

## GARLAND SHOOTINGS

# D.C. transit won't carry cartoon of Muhammad

Agency to stop allowing issue-related ads in interest of 'safe, reliable' transportation

By TODD J. GILLMAN
Washington Bureau
tgillman@dallasnews.com

WASHINGTON — Commuters in the nation's capital won't be seeing ads featuring the winning Muhammad cartoon from the Garland event that prompted outrage and led to the death of two would-be jihadis.

The region's transit agency announced Thursday that at least for the rest of the year, it will no longer allow issue-related ads at stations or on buses and trains, pending a review of advertising policies.

The Washington Metropolitan Area Transit Authority officials "consider the role such ads play in Metro's mission to deliver safe, reliable and equitable transportation service in the National Capital Region," said spokeswoman Morgan Dye.

The announcement comes two days after activist Pamela Geller announced that she would seek to put the winning cartoon in five subway stations and on buses.

---

## DAVE LIEBER

# Life Partners investors facing potential losses

Continued from Page 1B

Brian D. Pardo. He's not a household name like Bernie Madoff or Allen Stanford. But his name is big in your household.

Pardo is the ousted chief executive and founder of Life Partners. He's a brash, confident former Vietnam War helicopter pilot. He's fought the U.S. Securities and Exchange Commission and many

Continued from Page 1B

industry-standard an hour per file, the doctor guessed people would die sooner than they did. He was wrong more often than he was right.

That kills the business. If people live longer than expected, investors like you must pay more in premiums to

### In the Know

Life Partners investors and others can learn more at lpht.news.com.

### About this column

The new Watchdog Desk at The Dallas Morning News works for you to shine light on questionable practices in business and government. We welcome your story ideas and tips. Follow The Watchdog column on Fridays and Sundays.

### Bill prohibiting DPS from requiring full sets of prints gets OK

State lawmakers passed a bill Thursday that would prohibit the Texas Department of Public Safety from requiring full sets of fingerprints from applicants for driver's licenses and state ID

A2-7PN
Prescribed by Secretary of State
Sections 141.063, 142.007, Election Code 9/05

# INDEPENDENT CANDIDATE'S PETITION FOR A PLACE ON THE BALLOT
(PETICIÓN DE CANDIDATO INDEPENDIENTE PARA QUE SU NOMBRE ESTÉ EN EL PUESTO EN LA BOLETA)

Name of Candidate: Eric Williams
Office Sought (Puesto oficial solicitado): US House of Representatives
Name of Circulator: Eric Williams
Page 1 of ___

Signing the petition of more than one candidate for the same office in the same election is prohibited. (Se prohíbe firmar la petición de más de un candidato para el mismo puesto oficial en la misma elección)

**This statement MUST be read to each person before signing the petition.** (ESTE DECLARACIÓN DEBE SER LEÍDA A TODAS LAS PERSONAS ANTES DE QUE SE FIRME LA PETICIÓN)

"I know the purpose of this petition. I have not voted in the general primary election or runoff primary election of any political party that has nominated, at either election, a candidate for the office of US House of Representatives, for which _____ is a candidate." ("Yo sé el propósito de esta petición. Yo no he votado en la elección primaria general ni en la elección primaria decisiva de ningún partido político que ha nominado, en cualquier de dicha elecciones, un candidato para el ofício de _____ es candidato.")

## COMPLETE ALL BLANKS. (LLENE TODOS LOS ESPACIOS EN BLANCO.)

| Date Signed (Fecha de Firma) | Signature (Firma) | Printed Name (Nombre en letra de molde) | Residence Address (City, Texas, Zip) (Dirección de Residencia/Ciudad, Texas, Código Postal) | County (Condado) | Voter Registration Number¹ (Núm. de Registro de Votante) | Date of Birth¹ (Fecha de Nacimiento) | Telephone | Email |
|---|---|---|---|---|---|---|---|---|
| 3/15/2016 | Eric Williams | Eric Williams | 7315 Wilcox drive | Dallas | 1088942318 | 6.25.1967 | 2149959301 | garrettmesudog@aol.com |
| 3/22/2016 | Mona P Nash | Mary P Nash | 1077 Americana 2086 Mesquite 75150 | Dallas | 1083456119X | 12/27/56 | 469 438 6601 | marynash9166@gmail.com |
| 3/22/16 | | Harold Johnson | 2214 Kashlan ave. Dallas 75216 | Dallas | 1184243985 | 11/20/1951 | 214.710.5040 | |
| 03/24/16 | | Batunde Adeton | 739 Iowe Dr cedar hill texas 75104 | dallas | 1166394308 | 07/24/1991 | 682.597.4408 | babadelibu@gmail.com |
| 4/2/16 | | Jason Redick | 2626 Frankford Rd #7207 Dallas, TX 75287 | dallas | 1184243985 | 10/14/82 | 972.824.5847 | jwr114@hotmail.com |
| 4/3/16 | E BolA | Elizabeth Bailey | 7951 Kansas ave | dallas | 1184243985 | 04/24/1988 | 214-251-0832 | ebailey190300@juno.com |
| 4/6/16 | | Eddie Williamson | 4011 Druid Hills Dr | Dallas | 1084314481 | 11.14.1963 | 214.727.8163 | |
| 4/5/16 | | Sherla Merritt | 3425 silver hill drive | Dallas | 1088219392 | 06.11.1956 | 214.673.7936 | |
| 4/5/16 | DeAngela Dark | DeAngela Dark | 6363 w camp wisdom | desoto | | 2.11.1973 | 469.628.2610 | aderimmerimett@yahoo.com |
| 4/5/16 | Eric Williams | | 1207 sequoia drive | dallas 75236 | | 6.14.67 | 214.284.2789 | simple82200@yahoo.com |

## AFFIDAVIT OF CIRCULATOR (DECLARACIÓN JURADA DE LA PERSONA QUE HACE CIRCULAR LA PETICIÓN)

X _Eric Williams_ Signature of circulator (Firma de la persona que hace circular la petición)

**BEFORE ME, the undersigned, on this _6-20-16_ (date) personally appeared (ANTE MI, el/la suscrito/a, en este (fecha) comparació (Nombre de la persona que hace circular la petición) who being duly sworn, deposes and says: "I called each agent's attention to the above statement and read to him the signer before their signature to the petition. I witnessed the affixing of each signature. The correct date of signing is shown on the petition. I verified each agent's registration status and before that each signature is the genuine signature of the person whose name is signed to it." (quien, habiendo prestado el juramento correspondiente, declara y dice: "Llamé la atención de la persona a la declaración que antecede y le la leí al firmante antes que el/ella firmara la petición. Presencié la colocación de cada firma. La fecha correcta de firmar se muestra en la petición. Verifique el estatus y el antes de que la firma es la firma genuina de la persona cuyo nombre aparece firmado y que esta cada firma.)

X _Williams for State of Tex_ Signature of officer administering oath (Firma de la persona que toma juramento)

Title of officer administering oath (Título oficial de la persona que toma juramento) _(SEAL)_

INSTRUCTIONS AND FOOTNOTES ON BACK (AL DORSO: INSTRUCCIONES Y ANOTACIONES)



If need P all 960 on ability

A-3.7PM
Prescribed by Secretary of State
Sections 141.063, 141.007, Election Code 905

# INDEPENDENT CANDIDATE'S PETITION FOR A PLACE ON THE BALLOT
(PETICIÓN DE CANDIDATO INDEPENDIENTE PARA QUE SU NOMBRE ESTÉ EN LA BOLETA)

Name of Candidate (Nombre de Candidato) _____

Office Sought (Puesto oficial que se busca) _____

Address (Dirección) _____

**Signing the petition of more than one candidate for the same office in the same election is prohibited.**

"I know the purpose of this petition. I have not signed the petition for another candidate for the same office in the same election and I know that a person who signs a petition for more than one candidate...

This statement MUST be read to each person before signing the petition.

**COMPLETE ALL BLANKS.** (LLENE TODOS LOS ESPACIOS EN BLANCO).

| Date Signed (Fecha de firma) | Signature (Firma) | Printed Name (Nombre en letra de molde) | Residence Address (City, Town, Zip) (Dirección de residencia) | County (Condado) | Voter Registration Number (Núm. de Registro de Votante) | Date of Birth (Fecha de nacimiento) | Telephone | E-mail |
|---|---|---|---|---|---|---|---|---|
| | | | 2315 Wilcox Dr, | | | | | |
| | | Eldrick Parker | 6737 | | | | | |
| | | Frederick Hall | 5141 Southern Station | Dallas | 1967130170124141 | | | |
| | | Catherine Turner | 6016 E Ledbetter Dr Dallas TX 75241 | Dallas | 108478444215/75 | 10-23-74 | | |
| | | Orlando Parson | 7642 Norma Dr | Dallas | | | | |
| | | Angela Miller | 8011 Ledbetter Dr. | Dallas | 1143462480132-05-59 | | | |
| | | Sheila Hawkins | 7322 Sierra (Nsvp Dallas) 75240 | Dallas | 1143357001 2-18-89 | | | |
| | | Adolphus Noel | 1415 Montagu Ave Dallas TX 75216 | Dallas | 200271266 9 6-21-90 | | | |

---

### AFFIDAVIT OF CIRCULATOR (DECLARACIÓN JURADA DE LA PERSONA QUE HACE CIRCULAR LA PETICIÓN)

STATE OF TEXAS (ESTADO DE TEXAS) COUNTY OF (CONDADO DE) _____

BEFORE ME, the undersigned, on this ___/___/___ (date) personally appeared (ANTE MÍ, abajo suscrito), en esta (fecha) (comparecío) _____ (name of person who circulated petition) (nombre de la persona que hizo circular la petición) who being duly sworn, deposes and says: "I called each signer's attention to the above statements and read them to the signer before their signature to the petition. I witnessed the affixing of each signature. The correct date of signing is shown on the petition. I verified each signer's registration status and believe that each signature in the genuine signature of the person whose name is signed and that the corresponding information for each signer is correct." (quien, habiendo prestado el juramento correspondiente, declara y dice: "Llame la atención de cada firmante sobre la declaración arriba redactada y se la leí antes de que cada uno firmara la petición. Atestigüé cuando cada firma fue puesta. La fecha correcta de la firma se muestra en la petición. Verifiqué la situación de registro de cada firmante y creo que la firma de cada persona es la firma auténtica de la persona cuyo nombre aparece firmado y que toda la información correspondiente a cada firmante.")

SWORN TO AND SUBSCRIBED BEFORE ME THIS DATE (JURADO Y SUSCRITO ANTE MÍ, CON ESTA FECHA)

X _____
Signature of circulator (Firma de la persona que hizo circular la petición)

X _____
Signature of officer administering oath (Firma de la persona que administra el juramento)

X _____
Title of officer administering oath (Título oficial de la persona que administra el juramento)

(SEAL)
(SELLO)

**INSTRUCTIONS AND FOOTNOTES ON BACK** (EL DORSO) **INSTRUCCIONES Y ANOTACIONES**