CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 AUG 31  PM 12: 26

DEPUTY CLERK _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Eric L. Williams
Plaintiff

v.

Kieth Ingram, Coby Shorter III
Defendant
in their official capacities as
State Actors for Secretary of State of Texas

3-16CV2516-M
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Eric L. Williams

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

| | |
|---|---|
| Date: | 8-31-16 |
| Signature: | Eric Will— |
| Print Name: | Eric Williams |
| Bar Number: | Pro SE |
| Address: | 7315 Wilcox Dr. |
| City, State, Zip: | Dallas, TX 75232 |
| Telephone: | 214-730-9050 |
| Fax: | |
| E-Mail: | EricWilliamsForCongress@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons