IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC L. WILLIAMS, | § |
| Plaintiff, | § § § |
| v. | §  Case No. 3:16-CV-2516-M |
| KEITH INGRAM, Director of Elections for the State of Texas, and COBY SHORTER III, Deputy Secretary of State for the State of Texas, | § § § § § § |
| Defendants. | § § |

## ORDER

Plaintiff Eric Williams, proceeding *pro se*, has filed an Application to Proceed In District Court Without Prepaying Fees or Costs [Docket Entry #5]. The standards governing *in forma pauperis* motions are set forth in 28 U.S.C. § 1915(a). The district court may authorize the commencement or appeal of a civil action without the prepayment of fees or costs "by a person who makes an affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a)(1). The court must examine the financial condition of the applicant in order to determine whether the payment of fees would cause an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). A district court enjoys limited discretion to grant or deny *in forma pauperis* status based on the financial resources of the litigant. *See Adkins v. E.I. Du Pont De Nemours & Co.*, 335 U.S. 331, 337 (1948).

Here, a review of the financial information set forth in connection with the Application to proceed *in forma pauperis* reflects that Plaintiff's monthly income exceeds his current monthly expenses. In light of this fact, the Court is unable to conclude that payment of fees or costs will

result in "undue financial hardship" to Plaintiff. Accordingly, Plaintiff's request to proceed *in forma pauperis* is DENIED.

Plaintiff is ORDERED to pay the statutory filing fee by September 14, 2016. If he fails to do so, this case may be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**.

August 31, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE

2